IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:15-CR-100** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **RAY LEONARD** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 11th day of September, 2015, upon consideration of the omnibus pretrial motion (Doc. 40) filed by defendant Ray Leonard ("Leonard"), the court's order (Doc. 41) of August 19, 2015, directing Leonard to file a brief in support of the motion of his motion on or before September 2, 2015, as required by the Local Rules of Court, and the court's order (Doc. 42) of September 4, 2015, *sua sponte* granting Leonard a final extension of time and admonishing Leonard that failure to file a brief on or before September 9, 2015, would result in the court deeming the omnibus pretrial motion (Doc. 40) to be withdrawn, see LOCAL RULE OF COURT 7.5 ("If a supporting brief is not filed within the time provided in this rule the motion shall be deemed to be withdrawn."), it is hereby ORDERED that Leonard's omnibus pretrial motion (Doc. 40) is deemed WITHDRAWN.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania